FILED

07/25/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 24-0439



IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 24-0439

MIKEL S. LETHERMAN,

      Petitioner,

v.

JACKIE KEEREY, DIRECTOR,
GALLATIN COUNTY DETENTION CENTER,

      Respondent.

GRANT OF MOTION TO
PROCEED WITHOUT
PAYMENT OF FILING FEE

Motion to proceed without payment of the filing fee in this matter is **GRANTED.**

DATED: July 25, 2024.

BOWEN GREENWOOD
Clerk of the Supreme Court